# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CHARLES FOURSTAR, JR., ) | NO. CV 07-5892-ODW (SS) |
| ) | |
| Plaintiff, ) | **ORDER ADOPTING FINDINGS,** |
| ) | |
| v. ) | **CONCLUSIONS AND RECOMMENDATIONS** |
| ) | |
| ) | **OF UNITED STATES MAGISTRATE JUDGE** |
| STEVEN MURLAK, et al., ) | |
| ) | |
| Defendants. ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all of the records herein, the Magistrate Judge's Report and Recommendation, and Plaintiff's Objections. After having made a <u>de</u> <u>novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge.

\\\

\\\

\\\

\\\

\\\

Accordingly, IT IS ORDERED THAT:

1. Judgment shall be entered dismissing this action with prejudice for frivolousness and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), (e)(2)(B)(ii), & (g);

2. The dismissal of this action shall constitute a "strike" pursuant to 28 U.S.C. § 1915(g);

3. Judgment shall be entered in favor of Defendants; and

4. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Plaintiff and on counsel for Defendants.

Dated: May 26, 2010.

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE