1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10

11   VICTOR FOURSTAR, JR.,              ) NO. CV 07-5892-ODW (SS)
                                        )
12                    Plaintiff,        )
                                        )
13           v.                         )          **JUDGMENT**
                                        )
14   STEVEN MURLAK, et al.,             )
                                        )
15                    Defendants.       )
     _____)

16

17

18        Pursuant to the Court's Order Adopting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   with prejudice.

23

24        DATED: May 26, 2010

25                                      _____

26                                      OTIS D. WRIGHT, II
                                        UNITED STATES DISTRICT JUDGE

27

28